THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE RENSING, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted May 17, 1945; decided June 14, 1945.

*Lawrence Rensing,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (George A. Radz, Orrin G. Judd* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.